NO. W-68,024-01-E

82,556-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

D. Violation of Article 11.07 of Texas Code of Criminal Procedure

3.01 The respondant violated Article 11.07 section (3)(c) of the Texas Code of Criminal Procedure by failing to provide a copy of the Application for Writ of Hapeas Corpus, any answer filed, and a Certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law and within a reasonable time from the date on which the documents were requested to be transmitted.

3.02 Request for the transmittal of Application for Writ of Hapeas Corpus, any answer filed and certificate reciting the date upon which that finding was made by Relator to 108th Caroline Woodburn _____. District Clerk, Potter County, U.S. Postal Service Mailed letter dated 03/24/2015, persuant to Article 11.07 section (3)(c) of the Code of Criminal Procedure. True and Accurate Copie of the above letter are Attached hereto as Exhibit (I) and are incorporated by reference herein for all purposes.

3.03 As is clear from Relator's letter, Relator has respectfully put Respondent on Notice that Relator seeks the transmittal of a copy of Application for Writ of Hapeas Corpus, any answer filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals and that such record are required by the Court of Criminal Appeals to act on the Relator's Writ of Hapeas Corpus Relator has gone well beyond any requirement or obligation imposed upon him by Texas Code of Criminal Procedure. In contrast to Relator's Efforts, Respondent has wholly failed to comply with The Texas Code of Criminal Procedure Article 11.07 Section(3) c is acting in bad faith, and has also failed to afford Relator the professional and common courtesy of any written response to his Correspondence and Request.

3.05 Article 11.07 Section (3)(c) clearly states that "(I) if the Convicting court decides that there are no such issues, the clerk shall immediately transmit [ Emphasis Add ] to the court of criminal Appeals a copy of the Application for Writ of Hapeas Corpus, any answer filed, and a certificate reciting the date upon which the finding was made or failure of the Court to act within the allowed 20 days shall constitute such a finding Texas Code of Criminal Procedure Article 11.07 sec (3) (c) Respondent is in violation of the procedure, ministrial dates, and thus the law of this state.

D. Prayer for Relief                    IV

WHEREFORE, PREMISES CONSIDERED, Relator Mr. Tedrick Dewayne Morgan, pro se respectfully request a finding that respondent did not transmitt documents to the Court of Criminal Appeals within reasonable time after the date they were requested and that Relator brought this litigation in good faith and has substantially prevailed Relator prays for an Order directing Respondent to transmitt Copy of Application for Writ of Hapeas Corpus, any answer filed, and a certificate reciting the date upon which that finding was made to the Court of Criminal Appeals as directed in Article 11.07 section (3) (c) of the Texas Code of Criminal Procedure and as requested in Relator's letter Exhibit (I)

Respectfully Submitted.
#1935097
Tedrick D Morgan
Dick Ware Unit
1681 S. F.M. 3525
Colorado City Tx 79512

By _Mr. Tedrick D Morgan_
Relator.                    4/9/2015

# EXHIBIT "I"

Dear                                                        3-24-15

Mrs Caroline Washburn. I am Tedrick D Morgan # 1935097 and I am writing to request a copy of my Application for Writ of Habeus Corpus and any answer filed from the District Attorney. Please be advised, violation of Article 11.07 of Texas Code of Criminal Procedure; 3.01 states: The respondent violated Article 11.07 Section (B) of the Texas Code of Criminal Procedure by failing to provide a copy of the Application for Writ of Habeus Corpus, any answer filed to provide a copy of the Application of Writ of Habeus Corpus, any answer filed and a Certificate reciting the date upon which that finding was made to the Court of Criminal Appeals within the time prescribed by law and within reasonable time from the date on which the documents were requested to be transmitted. Failure to forefill Article 11.07 Section (B) Is a direct violation of my Writ of Habeus Corpus. I would like to request a copy of my Application of Writ of Habeus Corpus and any answer filed by the district Attorney. This letter is Carbon Copied and will be used as Exhibit (A) and forward to the Court of Criminal Appeal if Article 11.07 ~~Sub~~ Section (B) is not fore filled within a reasonable amount of time. Thanks for your time and efforts

Respectfully Submitted

Mr Tedrick D Morgan
1935097
Dick Ware Unit
1681 S. FM 3525
Colorado City, Tx
79512...